IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 8 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01082-BNB

DARRYL MARTIN,

    Plaintiff,

v.

DR. CABILING, Crowley Correctional Facility Doctor in his Individual Capacity,

    Defendant.

## ORDER OF RECUSAL

Section 455(a), 28 U.S.C., requires that a judge disqualify or recuse himself where "his impartiality might reasonably be questioned." The provision is self-enforcing on the part of the judge. *United States v. Gigax*, 605 F.2d 507, 511 (10th Cir. 1979). "In determining whether a judge should recuse under § 455(a), the issue is not whether the judge is impartial in fact, but rather, whether a reasonable man might question his impartiality under all circumstances." *Id.*; *Webbe v. McGhie Land Title Co.*, 549 F.2d 1358, 1361 (10th Cir. 1977).

After reviewing the case file, I conclude that I should recuse myself from further service in this case. Accordingly,

IT IS ORDERED that I hereby recuse myself from any further service in this matter.

IT IS FURTHER ORDERED that the Clerk of the Court shall cause this case to be reassigned to another magistrate judge.

DATED June 18, 2007, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01082-BNB

Darryl Martin
Prisoner No. 61336
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER** the above-named individuals on 6/18/07

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk