IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01082-EWN-MEH

DARRYL MARTIN

    Plaintiff,

v.

DR. CABILING,

    Defendant.
_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE**
_____

    THE COURT, having reviewed the Stipulation For Dismissal Without Prejudice filed by the parties herein, and finding good cause therein, does hereby ORDER the Stipulation be granted and the matter be dismissed without prejudice each party to bear its own costs and attorneys' fees.

    Dated this 29th day of December, 2007.

                                         s/ Edward W. Nottingham
                                         Chief United States District Judge